# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

May 18, 2022

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   05/19/22

Re:   *Santos v. Nuve Miguel Corp. et al.*
Case No. 1:22-cv-00899

In light of this, the Clerk of Court is respectfully directed to close the open motion at docket number 29.

Dear Judge Broderick:

    We are counsel to Plaintiff in the above-referenced case. We write, jointly with counsel for Defendants, to inform the court that the parties reached a class settlement in principle and plan to submit a motion for preliminary approval to you within two (2) weeks.

    In view of the foregoing, the parties request that all dates and deadlines be adjourned *sine die*, and that the Motion to Dismiss (Dkt. No. 29) be stayed pending the Court's approval of the settlement.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF