# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:  (212) 661-1008
anne@leelitigation.com

June 1, 2022

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    06/02/22

Re:   *Santos v. Nuve Miguel Corp. et al.*
      Case No. 1:22-cv-00899

Dear Judge Broderick:

    We are counsel to Plaintiff in the above-referenced case. We write, jointly with counsel for Defendants to respectfully request a brief extension, to Friday, June 3, 2022, to submit the motion for preliminary approval of class settlement.

    By letter dated May 18, 2022 letter (Dkt. 34), the parties originally proposed to submit such motion by June 1, 2022. The parties are jointly working on finalizing the motion for preliminary approval and anticipate completing same by the end of this week. This is the first request of extension of time.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF