```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARITO HERNANDEZ SANTOS,                    :
                                               :     22-CV-899 (RWL)
                    Plaintiff,                 :
                                               :
          - against -                          :     ORDER
                                               :
NUVE MIGUEL CORP., et al.                      :
                                               :
                    Defendants.                :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Fairness Hearing originally scheduled for February 27, 2023 (Dkt. 45) is hereby rescheduled for **Tuesday, February 28, 2023** at **2:30pm** in Courtroom 18D, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 26, 2023
        New York, New York

Copies transmitted this date to all counsel of record.